IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LISA MARIE FISH,<br><br>Defendant. | CR 20-30-BLG-SPW-2<br><br>ORDER |

For the reasons stated on the record on January 15, 2021,

**IT IS HEREBY ORDERED** that the Change of Plea Hearing set for January 15, 2021 at 9:30 a.m. for Defendant Lisa Marie Fish is **VACATED.**

**IT IS FURTHER ORDERED** that counsel for Defendant, Lisa Marie Fish, shall file a status report by **Friday, January 22, 2021** advising the Court whether Defendant intends to change her plea or go to trial.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 15th day of January, 2021.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE